Nos. 1983 and 1982.—METROPOLITAN POLICE BOARD *v.* J. R. CONWAY.—Same *v.* R. E. DIAMOND.

REPORTER.—See the case of Diamond *v.* Cain, No. 1986, reported above.

APPEAL from Fifth District Court, parish of Orleans. *Léaumont,* J. *J. Hawkins* and *E. Filleul,* for plaintiffs and appellants. *H. J. Leovy, R. N. Ogden* and *Alfred Philips,* for defendants and appellees.

HOWELL, J.   These two cases present the same issues, and were instituted to prohibit John R. Conway, Mayor of the city of New Orleans, from commissioning and ordering on police duty any person or persons in said city, and the defendant Diamond from acting as Chief of Police in the said city, on the ground that the whole police power within the city of New Orleans is by law vested in the plaintiffs.

We have just found in the case of Diamond v. Cain that this ground is sustained by the law, and for the reasons assigned in said case, it is ordered that the judgments appealed from be reversed, and that there be judgment in favor of plaintiffs perpetuating the injunction in each case at the costs of the defendants respectively in both courts.